**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS/HOUSTON DIVISION**
**CASE NO. 08-32487**

Debtor: Ellis, Samuel SS # XXX-XX-9180 Current Monthly Income $ 3130.47
Address: 15818 Mendocino, Houston, Texas 77083
Number of Dependents: 3
Telephone No. 832-675-2741 **TAX REFUNDS AND EIC FOR DISTRIBUTION: Siemens Power Generation, Inc.**

**THIS PLAN DOES NOT ALLOW CLAIMS.** Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured/ priority debts must be provided for in this plan.

**PAYMENT AND LENGTH OF PLAN**

The plan period shaft be for a period of 22 months, not to exceed 60 months. Debtor will make payments directly to the Trustee.

(A)    Debtor shall pay $750.00 per month to the Chapter 13 Trustee.
        A payroll deduction order will be issued to Debtor's employer @:
        Siemens Power Generation, Inc.
        15631 Penninsula Street
        Houston, Texas 77015

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $3,200.00 @$142.50 /mo Harris County/Alief ISD $3014.77 @ $135.00/month

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**

Beginning August 1, 2008 in the amount of $624.00 per month shall be paid:
    _____ direct   __X__ through payroll deduction already in place

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**

in the amount of $. NONE/ZERO DELINQUENCY ON CHILD SUPPORT shall be paid $.     per month:
    _____ through payroll deduction   _____ through the plan.

**HOME MORTGAGE(S)**

MTG PMTS TO:CITI RESIDENTIAL LENDING BEGINNING @ JULY 1, 2008 $976.00 ( )PLAN (X) DIRECT

MTG ARREARS TO: CITI RESIDENTIAL LENDING THROUGH JULY 1, 2008 $6,110.00 @$277.50 *MO\**
(Including interest at 8.4%) paid through Plan

CHAPTER 13 PLAN, PAGE 2 OF 3 PAGES

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimants) the sum set out in the column "Total Amt to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Amt. Owed | Approx. Value | Interest Rate | Total Amt To Be Paid | Monthly Payment through Plan |
|---|---|---|---|---|---|---|
| HARRIS COUNTY ALIEF ISD<br>Harris County Tax Collector<br>PO Box 4622<br>Houston, Texas 77210-4622 | House at 15818 Mendocino | | $3014.77 | $110982.00 | $3014.77 | $135.00 |
| TRIAD FINANCIAL<br>PO Box 982025<br>North Richland Hills, Texas 76182-8025 | 2003 Ford Expedition | $4392.00 | $8000.00 | | $4392.00 | $195.00 |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|

NONE.

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments: NONE.

**UNSECURED DEBTS** totaling approximately $139,821.27 are to be paid in deferred payments to Creditors that have filed claims that are not disallowed at rate of 20% (TWENTY PERCENT) MINIMUM.

Total Attorney Fees Charged $1,000.00 plus filing fees. Pay administrative costs and debtor's attorney fees
Attorney Fees Previously Paid: $1,299.00 pursuant to Court Order and/or local rules.
Attorney fees to be paid through the plan $NONE.

CHAP 13 PLAN PAGE 3 OF 3 PAGES

DATED: _____

_____

SAMUEL ELLIS, DEBTOR

_____]

STEPHEN E, MENN, ATTORNEY FOR DEBTOR