UNITED STATES BANKRUPTCY COURT

Southern District of Texas (Houston)

IN RE:                                                 Case Number: 08-32487

Debtors: Samuel Ellis

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Deutsche Bank National Trust Company, as Trustee c/o American Home Mortgage Servicing, Inc. | Citi Residential Lending Inc. |
|---|---|
| Name of Transferee | Name of Transferor |
| PO Box 631730 | Court Claim # (if known): 5 |
| Irving, TX 75063-1730 | Amount of Claim: $108810.71 |
| | Date Claim Filed: 07/23/2008 |
| Phone: 877 - 304 - 3100 | |
| Last Four Digits of Acct #: 9971 | Last Four Digits of Acct #: 8750 |

Name and Address where transferee payments should be sent (if different from above):

Same as Above

Phone: 877 - 304 - 3100
Last Four Digits of Acct #: 9971

The servicing of the loan which is the subject of the claim being transferred was transferred to American Home Mortgage Servicing, Inc., Transferee, by Citi Residential Lending, Transferor, effective February 11, 2009.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Diana Duarte_____          Date: March 27, 2009
    authorized filing agent for Transferee

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ID:5,141